OPINION OF THE COURT
 

 On review of submissions pursuant to rule 500.2 (b) of the Rules of the Court of Appeals (22 NYCRR 500.2 [b]), order affirmed. On the record this case is indistinguishable
 
 *826
 
 from
 
 People v Sturgis (38
 
 NY2d 625). We need not consider whether a delay in obtaining an indictment arising from the People’s decision not to seek indictments against fugitive defendants is excludable as a “period of delay resulting from the absence or unavailability of the defendant” within the meaning of CPL 30.30 (subd 4, par [c]). There is neither proof nor finding in the record supporting the contention that the prosecutor has adopted such a policy or that it was actually the cause of the delay in this case.
 

 Concur: Chief Judge Cooke and Judges Jasen, Gabrielli, Jones, Wachtler, Fuchsberg and Meyer.